**Order entered April 7, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00934-CR

### CHRISTOPHER JUSTIN SCARBOROUGH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82799-2019**

### ORDER

We **REINSTATE** this appeal.

The reporter's record, originally due September 21, 2019, was filed April 3, 2020. In light of this, we **VACATE** that portion of our February 5, 2020 order that ordered court reporter LaToya Young Martinez not to sit.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; Lynne Finley, Collin County District Clerk; LaTresta Ginyard, official court reporter,

199th Judicial District Court; Ms. LaToya Young Martinez, court reporter; the Collin County Auditor; and counsel for all parties.

Appellant's brief is **DUE** by May 8, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE